NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**WILLIAM OSCAR HARRIS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5005

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00069-VJW, Judge Victor J. Wolski.

———————————

**ON MOTION**

———————————

**O R D E R**

William Oscar Harris moves to recall the mandate and re-open this appeal. The United States opposes. Mr. Harris replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to recall the mandate and re-open the appeal will be granted if Mr. Harris files his informal

2                                    HARRIS v. US

brief (form enclosed) and completed Federal Circuit
Forms 6 and 6A within 21 days of the date of this order.


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s30


Forms Enclosed (Fed. Cir. Form 6, 6A, and 12)